Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)
chabre66@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH FORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIS NORTH AMERICA LONG TERM DISABILITY PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No.: 2:11-CV-02616-MCE-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

**STIPULATION OF DISMISSAL; ORDER**
USDC EDCA Case #11-CV-2616 MCE

All parties of record, through their respective attorneys, **HEREBY STIPULATE** that the above-captioned matter and all claims of relief can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the matter. All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Date:                                                  WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP


By:           /s/
     Shivani Nanda
     Attorneys for Defendants
       WILLIS NORTH AMERICA LONG TERM
       DISABILITY PLAN and UNUM LIFE
       INSURANCE COMPANY OF AMERICA


Date:                                                  THE LAW OFFICE OF STEVEN M. CHABRE


By:           /s/
     Steven M. Chabre
     Attorneys for Plaintiff JOSEPH FORD


### ORDER

The above-captioned matter and all claims for relief with respect to the action are dismissed with prejudice as to all parties pursuant to the parties' agreement to resolve the disputed matter. All parties to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  June 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC EDCA Case #11-CV-2616 MCE

895646.1