1  Steven M. Chabre, SBN 173271
   The Law Office of Steven M. Chabre
2  1335 Park Avenue
   Alameda, CA 94501
3  (510) 749-1440
   (510) 749-0466 (fax)
4  chabre66@yahoo.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12  JOSEPH FORD,                         )  Case No.: 2:11-CV-02616-MCE-GGH
                                         )
13              Plaintiff,                )  **STIPULATION OF DISMISSAL WITH
                                         )  PREJUDICE; ORDER**
14       vs.                              )
                                         )
15  WILLIS NORTH AMERICA LONG TERM        )
    DISABILITY PLAN and UNUM LIFE         )
16  INSURANCE COMPANY OF AMERICA,         )
                                         )
17              Defendants.               )
                                         )
18                                       )
                                         )
19  _____ )

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL; ORDER**
USDC EDCA Case #11-CV-2616 MCE

All parties of record, through their respective attorneys, **HEREBY STIPULATE** that the above-captioned matter and all claims of relief can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the matter. All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Date:  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP

By: /s/
    Shivani Nanda
    Attorneys for Defendants
    WILLIS NORTH AMERICA LONG TERM
    DISABILITY PLAN and UNUM LIFE
    INSURANCE COMPANY OF AMERICA

Date:  THE LAW OFFICE OF STEVEN M. CHABRE

By: /s/
    Steven M. Chabre
    Attorneys for Plaintiff JOSEPH FORD

### ORDER

The above-captioned matter and all claims for relief with respect to the action are dismissed with prejudice as to all parties pursuant to the parties' agreement to resolve the disputed matter. All parties to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: June 21, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC EDCA Case #11-CV-2616 MCE

895646.1